UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER GEORGE WILEY

VERSUS

P.E.C. C.E.C. MENTAL HEALTH DR., ET AL.

CIVIL ACTION

NO. 15-0623-JWD-RLB

RULING

In September, 2015, the *pro se* petitioner, a person confined at Beacon Behavioral Hospital, Lutcher, Louisiana, filed this habeas corpus proceeding pursuant to 28 U.S.C. § 2254, challenging his confinement.

By correspondence dated September 24, 2015, the Court instructed the plaintiff that the cost of filing a habeas corpus application is $5.00, and if he could not pay the fee, that he must ask the Court to allow him to proceed as a pauper by preparing and signing a Motion to Proceed *in Forma Pauperis* and submitting a Statement of Account. *See* R. Doc. 2. The plaintiff was specifically notified that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record reflects that the plaintiff has failed to comply with the Court's directive. Despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directive. Accordingly,

**IT IS ORDERED** that the above captioned proceeding be **DISMISSED** without prejudice. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 16, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA